UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

| | |
|---|---|
| JOY PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:24-cv-00566-CCB-SJF |
| ) | |
| CITY OF ELKHART, KRIS SEYMORE, ) | |
| DAN MILANESE, TRAVIS HAMLIN, ) | |
| ANDREW WHITMYER, SCOTT ) | |
| CLAYBAUGH, JAMES WRATHEL, ) | |
| MICHAEL VANSCOIK, DENISE ) | |
| HOUSER, DUSTIN YOUNG, BRANDON ) | |
| ROUNDTREE, VICKI E. BECKER, in their ) | |
| individual capacities, and the STATE OF ) | |
| INDIANA, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' VICKI E. BECKER'S AND
STATE OF INDIANA'S MOTION TO DISMISS**

The Defendants, Vicki E. Becker ("Becker"), and the State of Indiana ("Indiana"), by counsel, Eichhorn & Eichhorn, LLP, respectfully move the Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's claims against them. In support of this motion, Becker and Indiana show the Court:

1. Phillips' amended complaint alleges First Amendment retaliation (Count I) and derivative claims for failure to intervene (Count III) and conspiracy (Count IV) based upon: her refusal to sign a search warrant she said was illegal because it lacked probable cause; and, her testimony in a grievance hearing that she refused to sign an illegal search warrant and that there was other misconduct within the Elkhart Police Department.

1

2. Because Phillips made these statements pursuant to her official duties as a police officer, the statements are not protected by the First Amendment and therefore, not actionable.

3. Even if Phillips had pleaded a viable First Amendment retaliation claim, Becker and Indiana are shielded from liability by immunity.

4. Eleventh Amendment Immunity also shields Becker and Indiana from Phillips' intentional infliction of emotional distress claim (Count VI) in federal court.

The defendants rely upon their memorandum of law and exhibit in support of this motion.

WHEREFORE, the defendants Vicki E. Becker and the State of Indiana, respectfully move this Court to dismiss Phillips' Constitutional Claims (Counts I, III and IV) with prejudice and to dismiss her state law claim for intentional infliction of emotional distress (Count VI) without prejudice.

Respectfully submitted,

**EICHHORN & EICHHORN, LLP**

By: /s/ David J. Beach
David J. Beach, #18531-45
Carly A. Brandenburg, #27038-45
Attorneys for the Defendants,
Vicki E. Becker and State of Indiana

Eichhorn & Eichhorn, LLP
2929 Carlson Drive, Suite 100
Hammond, IN 46323
Phone: 219-931-0560
Fax: 219-931-5370
dbeach@eichhorn-law.com
cbrandenburg@eichhorn-law.com

**CERTIFICATE OF SERVICE**

    I, David J. Beach, certify that on the 27th day of September, 2024, I served a copy of the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                             /s/ David J. Beach
                                             David J. Beach