**STATE OF INDIANA**

OFFICE OF THE PROSECUTING ATTORNEY
34TH JUDICIAL CIRCUIT
ELKHART COUNTY, INDIANA

VICKI ELAINE BECKER
PROSECUTING ATTORNEY

28 October 2022

Chief Kristoffer Seymore
Elkhart Police Department
175 Waterfall Drive
Elkhart, Indiana 46516

Re:   Detective Joy Phillips

Dear Chief Seymore,

    Recently, I was present for much of the Board of Public Safety hearing in which Detective Joy Phillips provided sworn testimony on various topics. Although I am not personally familiar with most of the subject matter about which she stated certain "facts" and opinions, it was very clear that other sworn testimony and exhibits specifically contradicted her testimony. While that is quite troubling, in and of itself, the specific reason for this letter is to document my greater concern, articulated hereafter.

    As the hearing progressed, I observed at least two of Detective Phillips' direct supervisors, and a third supervisor of the Elkhart Police Department that has known Detective Phillips for years, provide sworn testimony that would lead a reasonable person to believe that Detective Phillips has a reputation for dishonesty in her "community" (the Elkhart Police Department). As you are aware, a "reputation for dishonesty" is a factor that directly affects credibility of any witness in a legal proceeding and must be disclosed pursuant to *Minnick v. State*, 698 N.E.2d 745 (Ind.1998), citing *Brady v. Maryland*, 373 U.S. 83 (1963), and *U.S. v. Bagley* 473 U.S. 667(1985)). Given that it might be difficult for a defendant/defense attorney to have knowledge of this fact unless they were familiar with the proceedings of the Board of Public Safety, or the opinions of Detective Phillips inner "community" at the Police Department, this "reputation" that has now been **unequivocally disclosed and disseminated in the general public realm** will follow her until such time as she has remedied that "reputation" and overcome it. Accordingly, this puts my Office in a particularly hindered position as, if we have to call Detective Philips as a material witness in a criminal proceeding, her credibility is tainted, and we must disclose this fact to the defense in any pending matter.

    This letter is, therefore, to put you on notice that any case in which Detective Phillips is a material witness will be reviewed with significant scrutiny, and we will only be able to proceed with a criminal prosecution if we are able to prove, or corroborate with independent credible evidence, facts necessary to satisfy the elements of the charge(s) by evidence other than merely her testimony.

    As always, should you have additional questions, or wish to discuss the matter further, please contact me at your earliest convenience.

Warm regards,

*Vicki Elaine Becker*
Vicki Elaine Becker

301 S. MAIN STREET, SUITE 100 ~ ELKHART, INDIANA 46516 ~ TELEPHONE (574) 296-1888 ~ FAX (574) 296-1889
www.elkhartcountyprosecutor.com

**Exhibit A**