UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOY PHILLIPS,

    Plaintiff,

v.                                         Case No. 3:24-CV-566-CCB-SJF

ELKHART CITY OF, et al.,

    Defendants.

## ORDER

The presiding judge recuses from this case pursuant to 28 U.S.C. § 455(a). Under 28 U.S.C. § 137 and Local Rule 40-1(f)(2)(A), Chief Judge Holly A. Brady will reassign this matter to another Article III judge for all further proceedings.

SO ORDERED.

October 3, 2024

                                                                       /s/ *Cristal C. Brisco*
                                                                       CRISTAL C. BRISCO, JUDGE
                                                                       UNITED STATES DISTRICT COURT