# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOY PHILLIPS

        Plaintiff

  v.

                                            Civil Action No.  3:24-cv-566

ELKHART CITY OF, *in their individual capacity*
KRIS SEYMORE, *in their individual capacity*
DAN MILANESE, *in their individual capacity*
TRAVIS HAMLIN, *in their individual capacity*
ANDREW WHITMYER, *in their individual capacity*
SCOTT CLAYBAUGH, *in their individual capacity*
JAMES WRATHEL, *in their individual capacity*
MICHAEL VANSCOIK, *in their individual capacity*
DENISE HOUSER, *in their individual capacity*
DUSTIN YOUNG, *in their individual capacity*
BRANDON ROUNDTREE, *in their individual capacity*
VICKI E BECKER, *in their individual capacity*
INDIANA STATE OF

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  <u>The State of Indiana is DISMISSED as an abandoned claim under Rule 15. Counts 1-5 are DISMISSED under Rule 12(b)(6) for failure to state a claim. Count 6 is DISMISSED for lack of supplemental jurisdiction.</u>

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R Leichty on Motion to Dismiss.

DATE: 7/2/2025                    CHANDA J. BERTA, CLERK OF COURT

by   s/A. Highlen
*Signature of Clerk or Deputy Clerk*